AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ☑

2013 JAN 23 P 12: 13

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| JOHN D. LIVERIS | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:13cv94 |
| CONTOURGLOBAL, LLC | ) GBL/JFA |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    CONTOURGLOBAL, LLC
      CT CORPORATION SYSTEM
    4701 COX ROAD, SUITE 301
    GLEN ALLEN, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    STEPHEN M. SEEGER
    SEEGER, P.C.
    2620 P STREET NW
    WASHINGTON, D.C. 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date:     01/22/2013

*Signature of Clerk or Deputy Clerk*